**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 12, 2025

**SMITH V. CHEVRON USA INC ET AL**
Case # 2:25–cv–00433–LK

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Improper Signature – Secondary Attorney(s)**
The secondary attorney(s) Chelsey L. Mam, Elisabeth Read for Defendant Chevron USA and Ari M. Sillman for Defendant Syngeta Crop Protection indicated in your document(s) is/are not properly before this Court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Chelsey L. Mam, Elisabeth Read for Defendant Chevron USA and Ari M. Sillman for Defendant Syngeta Crop Protection as soon as practicable by going to **Notices** and selecting **Notice of Appearance**. See Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2 or Section IV(L) of the Electronic Filing Procedures.

**Pro Hac Vice Admission**
It will be necessary for attorney(s) Attorneys for Plaintiff Charles Stern, and Gibbs C Henderson to apply for Pro Hac Vice admission in this case. You may review the information regarding admission and find the relevant documentation here. Questions about this process should be directed to the Attorney Admissions Clerk at 206–370–8400 or WAWD_Admissions@wawd.uscourts.gov.

**Attorney Admission**
Counsel Thomas O'Connell, Attorney for Northwest Wholesale Inc is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at 206–370–8400 or WAWD_Admissions@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file